# UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF DELAWARE

# Minute Entry

## *Hearing Information:*

|  |  |
|---|---|
| **Debtor:** | BIOLITEC HOLDING U.S., INC. |
| **Case Number:** | 15-10830-LSS    **Chapter:** 7 |
| **Date / Time / Room:** | MONDAY, NOVEMBER 02, 2015 03:00 PM   CRT#2, 6TH FL. |
| **Bankruptcy Judge:** | LAURIE S. SILVERSTEIN |
| **Courtroom Clerk:** | LORA JOHNSON |
| **Reporter / ECR:** | MICHAEL MILLER |

## *Matter:*

Status Conference

**R / M #:**   135 / 0

## *Appearances:*

See attached Court sign-in sheet

## *Proceedings:*

Status conference held. Settlement motion put on hold until after Judge Papalia hears the New Jersey litigation.  Venue issues discussed.  Future status conference to be set for early December.